UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | Case No. 2:08 CR 184 |
| v. | ) ) | |
| ANDREW TAGHON, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich, relating to Defendant Andrew Taghon's request to enter a plea of guilty pursuant to Federal Rules of Criminal Procedure 11. Following a hearing on the record on January 30, 2009, Magistrate Rodovich found that there is a factual basis for Defendant's plea and that the Defendant knowingly and voluntarily entered into his plea of guilty. Accordingly, Magistrate Rodovich recommends that the Court accept Defendant's plea of guilty to the offenses charged in Count 6 of the indictment and that Defendant be adjudged guilty of the offense charged in Count 6 of the indictment.

Neither party has filed an objection to Magistrate Rodovich's Report and Recommendation. The Court having reviewed Magistrate Judge Rodovich's Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety.

**SO ORDERED**.

ENTERED: February 19, 2009

                                              s/ Philip P. Simon
                                              PHILIP P. SIMON, JUDGE
                                              UNITED STATES DISTRICT COURT